**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **HARRY LEE DANTZLER,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 22-CV-2522** |
| | : | |
| **JUDGE DENIS P. COHEN,** | : | |
| **Defendant.** | : | |

## ORDER

AND NOW, this 29th day of July, 2022, upon consideration of Plaintiff Harry Lee Dantzler's Motion to Proceed *In Forma Pauperis* (ECF No. 2), and *pro se* Complaint (ECF No. 1) it is **ORDERED** that:

1.      Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.      The Complaint is **DEEMED** filed.

3.      The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

4.      The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**


 **/s/ Juan R. Sánchez**
**JUAN R. SÁNCHEZ, C.J.**